UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| Plaintiff | ) | CASE NO. 1:07 CR 271-11 |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| SHAWN MORELAND, | ) | |
| | ) | |
| Defendant | ) | |

This matter came on for a supervised release violation hearing on December 2, 2009, before Magistrate Judge George J. Limbert. The court hereby adopts the Report and Recommendation of the Magistrate Judge finding that the defendant is in violation of numbers 1, 2, 3, and 6 of his supervised release.

IT IS ORDERED that Defendant's supervision is revoked and he is committed to the custody of Bureau of Prisons to be imprisoned for a term of 12 months and 1 day followed by 1 year of supervised release with the same terms and conditions. Defendant shall be given credit for time served since September 16, 2009. It is ordered that the defendant remain in this jurisdiction and not be assigned to a facility by the Bureau of Prisons until after January 14, 2010.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 21, 2009